## JACKSON *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 14A, September Term, 1958.]

*Decided November 14, 1958.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

Leave to appeal from the denial by Judge Rollins, of the Second Judicial Circuit, sitting in the Circuit Court for Cecil County, of the petition of William H. Jackson for a writ of *habeas corpus* is denied. All of the contentions raised by the applicant are adequately dealt with in the trial court's original opinion and in the supplemental opinion based upon a so-called "Supplement and Amendment" to the petitioner's original application.

*Leave to appeal denied, with costs.*